# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

KENNY WASHBURN AND DEANNA WASHBURN                                PLAINTIFFS

vs.                                                     CASE NO: 4:18-cv-103-SA-JMV

WILLIAM E. VENSON, ET AL.                                         DEFENDANT(S)

## ORDER

This matter is before the court following a motion hearing [84] held today regarding defendant William E. Venson's [81] motion to compel the production of the following categories of documents, discussed at today's motion hearing:

1.) All bank statements and transaction logs regarding the year 2019, through the date of the request to produce, and

2.) All Form 1099's (independent contractors) filed regarding the year 2018.

The court hereby orders the plaintiffs to, within three (3) business days, **either** 1) provide a sworn statement, signed by the plaintiffs, stating that the aforementioned categories of documents do not exist **or**, 2) if they do exist, produce them.

The court declines to assess fees at this juncture for the reasons discussed at today's hearing. However, should plaintiffs fail to comply, fees shall be assessed.

**SO ORDERED** this, Tuesday, July 9, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**