IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENNY WASHBURN
DEANNA WASHBURN                                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO. 4:18-CV-103-SA-JMV

WILLIAM E. VINSON and
XYZ CORP 1-10                                                                       DEFENDANTS

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised by counsel that this action has been settled and it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

It is SO ORDERED, on this the 31st day of October, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

APPROVED:


*s/Yancy B. Burns*
YANCY B. BURNS,
ATTORNEY FOR PLAINTIFF


*s/Glenn F. Beckham*
GLENN F. BECKHAM,
ATTORNEY FOR DEFENDANT