IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENNY WASHBURN
DEANNA WASHBURN                                                                                    PLAINTIFFS

V.                                                            CIVIL ACTION NO. 4:18-CV-103-SA-JMV

WILLIAM E. VINSON
AND XYZ CORP 1-10                                                                                DEFENDANTS

ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came before the Court on the *ore tenus* Motion of the parties seeking an Order dismissing this matter with prejudice. The Court, having been advised that the parties have reached a settlement agreement and completed the necessary paperwork to finalize the same, finds that the Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED that this matter is hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 18th day of December, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

*s/Yancy B. Burns*
YANCY B. BURNS,
ATTORNEY FOR PLAINTIFF

*s/Glenn F. Beckham*
GLENN F. BECKHAM,
ATTORNEY FOR DEFENDANT